NO. 07-02-0498-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JANUARY 27, 2004
_____

IN THE MATTER OF THE MARRIAGE OF
RICHARD BALLENGER AND REBECCA BALLENGER
_____

FROM THE 99TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2001-515,864; HONORABLE MACKEY K. HANCOCK, JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

Appellant Richard Ballenger filed an Agreed Motion to Dismiss on January 21, 2004.

No decision of this Court having been delivered to date, we grant the motion. Accordingly,

the appeal is dismissed. No motion for rehearing will be entertained and our mandate will

issue forthwith. Tex. R. App. P. 42.1. All costs herein having been paid, no order

pertaining to costs is made.


James T. Campbell
Justice